Francisco Benitez LEYBA; et al., Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–77017.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 9, 2006.

Francisco Benitez Leyba, Santa Ana, CA, pro se.

Rafaela Benitez, Santa Ana, CA, pro se.

District Director, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Jeffrey Leist, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**576**

MEMORANDUM **

Francisco Benitez Leyba and Rafaela Benitez, natives and citizens of Mexico, petition pro se for review of the decision of the Board of Immigration Appeals, summarily affirming the immigration judge's denial of their application for cancellation of removal.

We lack jurisdiction to consider petitioners' challenge to the agency's discretionary determination that they failed to demonstrate exceptional and extremely unusual hardship to their qualifying relatives. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002).

**PETITION FOR REVIEW DISMISSED.**

